## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JIMMY WAYNE BOWERS**                                                **PLAINTIFF**
**#186274**

**v.**                                        **Case No. 4:26-cv-366-JM**

**AUDIRANA PASSFIUME,** *et al.*                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 17th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE